**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WASIM AZIZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:09-CV-1054 CAS |
| ) | |
| JEAN ANN JOHNSON, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the Court on state prisoner Wasim Aziz's action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Mary Ann L. Medler for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On November 24, 2009, Judge Medler filed a Report and Recommendation of United States Magistrate Judge which recommended that Aziz's petition for writ of habeas corpus be denied. Petitioner filed timely objections (including an amendment to the objections) to the Report and Recommendation, asserting that he was never found guilty of driving with a revoked license, although he admitted to receiving a ticket; he has not driven on a revoked license; and he should have been appointed counsel at his parole revocation hearing. The Court has carefully reviewed petitioner's objections and the entire record of this matter. Following de novo review, the Court concurs in the recommendation of the Magistrate Judge as contained in the Report and Recommendation. Petitioner's objections are overruled.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 14]

**IT IS FURTHER ORDERED** that Wasim Aziz's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 1]

**IT IS FURTHER ORDERED** that Wasim Aziz's motion to appoint counsel is **DENIED**. [Doc. 15]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

                                                  **CHARLES A. SHAW**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated this   15th   day of June, 2010.